In the Matter of Proving the Will of MATTHEW J. KEEFE, Deceased.

JOSEPHINE P. KEEFE, Appellant; FLORENCE A. MUSTOR, Respondent.

*Matter of Keefe* (*Will*), 155 App. Div. 575, affirmed.
(Argued June 5, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1913, which reversed a decree of the New York County Surrogate's Court admitting to probate an instrument propounded as the last will of Matthew J. Keefe, deceased.

*Charles B. McLaughlin* and *Maurice B. Rich* for appellant.

*Edward W. Drucker* and *Stephen H. Keating* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.